PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

PAMELA J. BYRNE  #1979
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545

Attorney for Defendant
TRAVIS J. RILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00307 HG |
| | ) |
| Plaintiff, | ) RESPONSE TO DRAFT |
| | ) PRESENTENCE REPORT; |
| vs. | ) CERTIFICATE OF SERVICE |
| | ) |
| TRAVIS J. RILEY, | ) |
| | ) DATE: February 16, 2006 |
| Defendant. | ) TIME: 3:00 p.m. |
| | ) JUDGE: Chief Helen Gillmor |

**RESPONSE TO DRAFT PRESENTENCE REPORT**

Defendant, TRAVIS J. RILEY, by and through counsel, Pamela J. Byrne, Assistant Federal Defender, respectfully states he has no factual or legal objections to the findings and conclusions of the draft presentence report.

DATED:  Honolulu, Hawaii, December 22, 2005.

_____
PAMELA J. BYRNE
Attorney for Defendant
TRAVIS J. RILEY

## CERTIFICATE OF SERVICE

I, CHRISTINA FULLER, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on December 22, 2005:

>WES PORTER
>Assistant United States Attorney
>PJKK Federal Building
>300 Ala Moana Boulevard, Room 6100
>Honolulu, Hawaii   96813
>
>Attorney for Plaintiff
>UNITED STATES OF AMERICA
>
>
>ROY T. KAWAMOTO
>Senior U.S. Probation Officer
>U.S. Courthouse
>300 Ala Moana Boulevard, Room C-126
>Honolulu, Hawaii   96813

DATED:   Honolulu, Hawaii, December 22, 2005.

*[signature]*
CHRISTINA FULLER
Legal Secretary to
PAMELA J. BYRNE
Attorney for Defendant
TRAVIS J. RILEY