

**Toni Fujinaga**/HID/09/USCOURTS
12/23/2005 02:22 PM

To  HIDml_CR Notice Group

cc  Kathryn Koshi/HID/09/USCOURTS@USCOURTS, David Hisashima/HID/09/USCOURTS@USCOURTS, Roy Kawamoto/HIP/09/USCOURTS@USCOURTS

bcc

Subject  CR 05-00307SOM  USA vs. (01) Travis J. Riley

Sentencing as to Count 1 of the Indictment set for 2/16/06 @ 3:00 p.m. HG is advanced to 1/9/06 @ 3:00 p.m. HG.

Notified: Wes Porter AUSA, (01) Pamela Byrne AFPD, and USPO.

Submitted by:

Toni Fujinaga
Courtroom Manager to the
Honorable Susan Oki Mollway
Ph: 541-1297

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 23 2005

at 2 o'clock and 27 min. P M
SUE BEITIA, CLERK