EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Major Crimes Section

WES REBER PORTER #7698
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
P.O. Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00307-01 HG |
| Plaintiff, | ) | |
| vs. | ) | GOVERNMENT'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE |
| TRAVIS J. RILEY, | ) | |
| Defendant. | ) | |
| | ) | DATE: February 16, 2006 |
| | ) | JUDGE: Helen Gillmor |

GOVERNMENT'S SENTENCING STATEMENT

The United States has no objections to the draft presentence report.

DATED: December 22, 2005, at Honolulu, Hawaii.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
WES REBER PORTER
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was duly served, by hand delivery, addressed as set forth below:

PAMELA J. BYRNE, ESQ.
Assistant Federal Public Defender
300 Ala Moana Blvd., Suite 7-104
Honolulu, Hawaii  96850

Attorney for Defendant
VAN NGOC NGUYEN

Roy T. Kawamoto
U.S. Probation Officer
U. S. Probation Office
U.S. Courthouse, Room C-110
300 Ala Moana Boulevard
Honolulu, HI  96850

DATED: December 23, 2005, at Honolulu, Hawaii.

*[signature]*