

ORIGINAL

PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

PAMELA J. BYRNE #1979
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-mail:        fpdhi@hotmail.com

Attorney for Defendant
TRAVIS J. RILEY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 03 2006

at __1__ o'clock and __27__ min. __P__ M
SUE BEITIA, CLERK

LODGED

DEC 29 2005
10:30 AM
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 05-00307 HG |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
|  | ) ADVANCING SENTENCING |
| vs. | ) |
| TRAVIS J. RILEY, | ) |
| Defendant. | ) |

## STIPULATION AND ORDER ADVANCING SENTENCING

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the sentencing presently scheduled for February 16, 2006, be

advanced to January 9, 2006, at 3:00 p.m. The reason for the advancement is that the defendant may have already served the maximum guideline range.

    IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, December 27 2005

_____
PAMELA J. BYRNE
Attorney for Defendant
TRAVIS J. RILEY

_____
WES REBER PORTER
Attorney for Plaintiff
UNITED STATES OF AMERICA

    IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, 1/3/06

_____
The Honorable HELEN GILLMOR
Chief District Court Judge
District of Hawaii

UNITED STATES OF AMERICA v. TRAVIS J. RILEY
CR. NO. 05-00307 HG
STIPULATION AND ORDER ADVANCING SENTENCING