# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/09/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00307HG |
| CASE NAME: | U.S.A. vs. (01) Travis Riley |
| ATTYS FOR PLA: | Wes Reber Porter & Jeff Pfieffer-Case Agent |
| ATTYS FOR DEFT: | (01) Pamela J. Byrne |
| USPO: | Roy Kawamoto |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Aha Nonoi, ESR/AG |
| DATE: | 1/09/2006 | TIME: | 3:13 - 3:36 |

COURT ACTION:  EP: Sentencing to Count I of the Indictment as to (01) Travis Riley

The Defendant is present, in custody.
The Memorandum of Plea Agreement accepted.

Allocution by the Defendant.

Clarification to Defendant regarding his DNA testing.

Adjudged: Imprisonment: TIME SERVED thru 01/13/2006.

Supervised Release: 3 years upon the following conditions:

▸   That the defendant shall abide by the standard conditions of supervision.

▸   That the defendant not commit any crimes, federal, state, or local (mandatory condition).

▸   That the defendant not possess illegal controlled substances (mandatory condition)

▸   That the defendant shall cooperate in the collection of DNA as directed by the probation officer (mandatory condition).

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision.

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That restitution of $1,150.00 is due immediately to M & M Jewelry, dba "The Diamond Company," 98-1005 Moanalua Road, Suite 512, Aiea Hawaii 96701, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income.

- That the fine of $350.00 is due immediately and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income.

- That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

- That the defendant is prohibited from incurring credit charges and lines of credit without the approval of the Probation Office.

- That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

- That the Defendant contact the 37th Circuit Court Probation Department, Battle Creek, Michigan and resolve outstanding absconder bench warrant within two months and provide proof thereof to the U.S. Probation Office.

Fine: $350.00
Restitution: $1,150.00
SA: $100.00

Defendant advised of rights to appeal the sentence, etc.

Government's oral request to Dismiss the remaining counts - GRANTED.

cc: USM (email & hard copy) & FDC via fax.

Submitted by: Bernie Biacan, Courtroom Manager