AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 05-00307 HG 01 |
| (01) TRAVIS J. RILEY | |
| (Name and Address of Defendant) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 0 2006

at __ o'clock and __ min __M
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST (01) TRAVIS J. RILEY and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED.

RECEIVED
2006 MAR 15 PM 1:34
U.S. MARSHALS SERVICE
HONOLULU, HI.

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Signature of Issuing Officer/Deputy Clerk | March 13, 2006 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at NO BAIL        By: Helen Gillmor, Chief United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____ .

| Date Received 3/15/06 | NAME AND TITLE OF ARRESTING OFFICER Tony Cole DUSM | SIGNATURE OF ARRESTING OFFICER Tony Cole |
|---|---|---|
| Date of Arrest 7/15/06 | | |