**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF NEVADA
Lloyd D. George U.S. Courthouse
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 9 2006

at ____ o'clock and ____ min. ____M
SUE BEITIA, CLERK

LANCE S. WILSON
CLERK OF COURT

CYNTHIA J. JENSEN
CHIEF DEPUTY, LAS VEGAS

LINDA LEA SHARER
CHIEF DEPUTY, RENO

July 17, 2006

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 09 2006
DISTRICT OF HAWAII

Clerk, U. S. District Court
District of Hawaii
C-338 Prince Kuhio Federal Building
300 Ala Moana Blvd.
Honolulu, HI 96850-0338

   Reference:  USA vs. Travis J. Riley
   CR-05-0307-HG-01 (Your case number)
   2:06-mj-0484-RJJ  (Our case number)

Dear Clerk:

   Enclosed please find certification of the complete files as of July 17, 2006, in the above referenced case.

   Please acknowledge receipt of the above documents by signing the enclosed copy of this letter and returning it to this court.

                              LANCE S. WILSON, Clerk
                              United States District Court

                              Kathy Yasich
                              Deputy Clerk

Enclosures

Received: 8/9/06
By: _____

SCANNED