CR05 00307 HG

```
MIME-Version:1.0
From:cmecf@nvd.uscourts.gov
To:cmecfhelpdesk@nvd.uscourts.gov
Bcc:nvd_cja@nvd.uscourts.gov,NVPTml_CMECF_Notice@nvpt.uscourts.gov,Usanv.ecfcrim@usd
Message-Id:<3155478@nvd.uscourts.gov>
Subject:Activity in Case 2:06-mj-00484-RJJ-RJJ USA v. Riley "Initial Appearance - Ru
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

FILED IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 9 2006

at _11_ o'clock and _30_ min _A_ _M_
SUE BEITIA, CLERK

### United States District Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from KLY, entered on 7/17/2006 at 7:59 PM PDT and filed on 7/17/2006

**Case Name:** USA v. Riley
**Case Number:** 2:06-mj-484
**Filer:**
**Document Number:** 1

**Docket Text:**
MINUTES OF PROCEEDINGS - Initial Appearance in Rule 5(c)(3) Proceeding as to Travis J Riley held on 7/17/2006 before Judge Robert J. Johnston. Crtrm Administrator: *Kathy Yagich*; AUSA: *Crane Pomerantz*; Def Counsel: *Paul Turner*; PTS: *Michael Baker & Efren Mendoza*; Court Reporter/FTR #: *3:27:49-5:21:21*; Time of Hearing: *3:27*; Defendant is present and in custody. Financial Affidavit filed. The Federal Public Defenders Office Paul G Turner for Travis J Riley appointed as defense counsel. Waiver of Identity Hearing filed. ORDERED defendant identified as named defendant in supervised release violation and is held to answer in the District of Hawaii. IT IS ORDERED the US Marshal is to transport Mr. Riley forthwith to the District of Hawaii. Defendant is remanded to custody. **(no image attached)** (KLY, )

The following document(s) are associated with this transaction:

**2:06-mj-484-1 Notice will be electronically mailed to:**

Paul G Turner     ECF_Vegas@fd.org, ECF_NVNCH@fd.org, leianna_montoya@fd.org

**2:06-mj-484-1 Notice will be delivered by other means to:**

I hereby attest and certify on _17 July 06_
that the foregoing document is a full, true
and correct copy of the original on file in my
legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By _Kathy Yagich_ Deputy Clerk



https://ecf.nvd.circ9.dcn/cgi-bin/DisplayReceipt.pl?100999112379635-L_521_0-1          7/17/2006