CR 05 00307 HG

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 9 2006

UNITED STATES OF AMERICA

v.

**Travis J. Riley**
_Defendant_                Case Number: 2:06-mj-0484-RJJ

**ORDER OF DETENTION**

at __11__ o'clock and __20__ min. __AM__
SUE BEITIA, CLERK

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

### Part I - Findings of Fact

___ (1) The defendant is charged with an offense described in 18 U.S.C. § 3142(f)(1) and has been convicted of a _____

    ___ a crime of violence as defined in 18 U.S.C.§3156(a)(4).
    ___ an offense for which the maximum sentence is life imprisonment or death.
    ___ an offense for which a maximum term of imprisonment of ten years or more is prescribed in *
    ___ a felony that was committed after the defendant had been convicted of two or more prior federal offenses described in 18 U.S.C.§3142(f)(1)(A)-(C), or comparable state or local offenses.

___ (2) The offense described in finding (1) was committed while the defendant was on release pending trial for a federal, state or local offense.
___ (3) A period of not more than five years has elapsed since the _____
___ (4) Finding Nos. (1), (2) and (3) establish a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of (an) other person(s) and the community. I further find that the defendant has not rebutted this presumption.

### Alternative Findings (A)

___ (1) There is probable cause to believe that the defendant has committed an offense _____
___ (2) The defendant has not rebutted the presumption established by finding 1 that no condition or combination of conditions will reasonably assure the safety of the community.

### Alternative Findings (B)

__X__ (1) There is a serious risk that the defendant will not appear.
__X__ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

The Court cannot find by clear and convincing evidence that he's not a risk of flight not a danger to the community.

### Part II - Written Statement of Reasons for Detention

I find that the credible testimony and information submitted at the hearing established by clear and convincing evidence that

### Part III - Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: July 17, 2006

_Signature of Judicial Officer_

Robert J. Johnston, U. S. Magistrate Judge
_Name and Title of Judicial Officer_

*Insert as applicable: (a) Controlled Substances Act (21 U.S.C. § 801 et seq.); (b) Controlled Substances Import and Export Act (21 U.S.C. § 951 et seq.); or (c) Section 1 of Act of Sept. 15, 1980 (21 U.S.C. § 955 a).

I hereby attest and certify on 17 July 06 that the foregoing document is a full, true and correct copy of the original on file in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By _____ Deputy Clerk



✓ FILED    ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 17 2006

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Travis Riley 7-17-06.wpd

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev 5.98)

CR 05 00307 HG

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF

AUG 0 9 2006

at 4 o'clock and 20 min. AM
SUE BEITIA, CLERK

FOR

AT

RECEIVED
SERVED ON
FILED
ENTERED
COUNSEL/PARTIES OF RECORD

JUL 17 2006
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**LOCATION NUMBER**

**DOCKET NUMBERS**
Magistrate: 2:06-mj-484-1255
District Court:
Court of Appeals:

PERSON REPRESENTED (Show your full name): Travis Jon Riley

1 ☑ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☑ Other (Specify): Supervised release (Rule 5)

CHARGE/OFFENSE (describe if applicable & check box →): ☑ Felony  ☐ Misdemeanor

I hereby attest and certify on 17 July 06

legal custody. Original on file in my

CLERK, U.S. DIST.
DISTRICT OF NEVADA

By _____ Deputy Clerk

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☑ Yes  ☐ No  ☐ Am Self Employed
Name and address of employer: Cloud Carpets - apprentice installer
IF YES, how much do you earn per month? $ 3000.00
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ 4000.00  Cloud Carpets

**CASH**
Have you any cash on hand or money in savings or checking account ☑ Yes  ☐ No  IF YES, state total amount $ 30.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT  VALUE $ _____  DESCRIPTION _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them: April Gambiel

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | House (rent) | $ | $ 700.00 |
| | Utilities | $ | $ 80.00 |
| | Food | $ | $ 300.00 |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) July 17, 2006

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ _____