AO 466A (Rev. 1/03) Waiver of Rule 5 & 5.1 Hearings

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 09 2006

at 11 o'clock and 20 min. A M
SUE BEITIA, CLERK

CR 05-307 HG

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ NEVADA

UNITED STATES OF AMERICA

v.

Travis J. Riley
Defendant

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE NUMBER: MJ-S- 0484-R-JJ

CHARGING DISTRICTS
CASE NUMBER: CR05-00307HG-01

I understand that charges are pending in the _____ District of Hawaii alleging violation of  Supervised release  and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

(  ) preliminary hearing

(  ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

July 17, 2006
Date

_____
Defense Counsel

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

JUL 1 2006

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

I hereby attest and certify on 17 July 06 that the foregoing document is a full, true and correct copy of the original on file in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By _____ Deputy Clerk