# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

August 23, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR 05-00307HG

CASE NAME:         UNITED STATES OF AMERICA v. TRAVIS RILEY


ATTYS FOR PLA:     Darren W.K. Ching

ATTYS FOR DEFT:    Pamela J. Byrne

U.S.P.O:           Sydney L. Fleming

---

JUDGE:   Helen Gillmor          REPORTER:   Stephen Platt

DATE:    August 23, 2006        TIME:       11:00 - 11:30

---

COURT ACTION:      ORDER TO SHOW CAUSE WHY SUPERVISED
                   RELEASE SHOULD NOT BE REVOKED -

The defendant is present in custody.

The defendant admitted to Violation Nos. 1, 2 and 3.

The Court finds that this is a Grade C violation, Criminal History Category III.

Allocution by the defendant.

The supervised release is revoked.

ADJUDGED: Impr of 24 months.

RESTITUTION: $1,150 is due immediately to M&M Jewelry, doing business as the Diamond Company, at 98-1005 Moanalua Road, Suite 512, Aiea, Hawaii 96701, and to be collected by the Financial Litigation Unit of the U.S. Attorney's Office.

FINE: $350.00 is due immediately, and any remaining balance upon release from confinement to be collected by the Financial Litigation Unit of the U.S. Attorney's Office.

The defendant shall execute all financial disclosure forms provided by the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office.  Access to any requested financial information including submitting to periodic debtor's examinations as directed by the Probation Office.

RECOMMENDATION: That the defendant be designated to a federal correctional facility in the state of Michigan (FCI, Milan) or a federal facility in the vicinity of Michigan's jurisdiction.  Authorities in Michigan have advised the Probation Office here that they will place a detainer on the defendant in order to address the outstanding legal matters there.

No supervised release imposed.

Advised of rights to appeal the sentences, etc.

Submitted by: Mary Rose Feria, Courtroom Manager
Submitted by: David H. Hisashima, Courtroom Manager